No. 288, Misc. CURLEY v. WISCONSIN, 346 U. S. 939; and

No. 304, Misc. ALLEN v. SMYTH, SUPERINTENDENT OF VIRGINIA STATE PENITENTIARY, *ante*, p. 906. Petitions for rehearing denied.

No. 423. BENTSEN ET AL. v. BLACKWELL ET AL. Argued March 9, 1954. Decided March 15, 1954. *Per Curiam:* The argument having developed the undesirability of deciding the questions in this case on the pleadings, the writ of certiorari is dismissed. *Paul A. Porter* and *Milton V. Freeman* argued the cause for petitioners. With them on the brief was *Jackson Littleton. Edward Holland McIlheran* argued the cause for respondents. With him on the brief was *Garland F. Smith.* By special leave of Court, *John F. Davis* argued the cause for the Securities and Exchange Commission, as *amicus curiae,* urging affirmance. With him on the brief were *Solicitor General Sobeloff, William H. Timbers, Alexander Cohen* and *Henry L. Stern.*

No. 601. TOWERY v. NORTH CAROLINA. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Arch K. Schoch* for appellant.

No. 9, Original. TEXAS v. NEW MEXICO ET AL. The report of the Special Master is received and ordered filed. Exceptions, if any, to the report of the Special Master may be filed by the parties within 60 days.